B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Kevin W. Oxford                    ,    Case No. 11-43253
     Debtor

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 3-1

**Last four digits** of any number you use to identify the debtor's account: 1 2 0 0

**Date of payment change:** 12/1/2013 (mm/dd/yyyy)
Must be at least 21 days after date of this notice

**New total payment:** $ 393.22
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ _____   **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☐ No
☒ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** 2.750 %   **New interest rate:** 2.625 %

**Current principal and interest payment:** $ 411.95   **New principal and interest payment:** $ 393.22

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.        ☑ I am the creditor's authorized agent.
                              (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Marla A. Skeltis (P62141)
Signature

Date 10/23/2013
mm/dd/yyyy

**Print:** Marla A. Skeltis
First Name    Middle Name    Last Name

Title Attorney

Company Randall S. Miller & Associates, P.C.

Address 43252 Woodward Avenue, Suite 180
Number        Street

Bloomfield Hills, MI 48302
City            State        ZIP Code

Contact phone (248) 335-9200

Email mskeltis@rsmalaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this

Date:    October 23, 2013

Daniel C. DiCicco
8900 E. 13 Mile Road
Warren, MI 48093

Krispen Carroll
719 Griswold
Detroit, MI 48226

Kevin W. Oxford
9478 Bonnie Briar
White Lake, MI 48386

/s/  Marla A. Skeltis (P62141)
Marla A. Skeltis
Randall S. Miller & Associates, P.C.
Attorney for Creditor
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
(248) 335-9200

10/12/13

FOR INFORMATIONAL PURPOSES ONLY

KEVIN W OXFORD

9478 BONNIE BRIAR

WHITE LAKE MI 48386-0000

Re: Loan Number

Dear Borrower(s):

In accordance with specific provisions in your Adjustable Rate Note your loan was recently analyzed for possible interest rate and/or payment adjustments. The following information will be applied to the loan as a result of this analysis.

The interest rate adjustment date for the loan is 11/01/13, with a corresponding payment change effective date of 12/01/13. The projected principal balance on the interest rate Change Date is $    179759.00.

| | | | |
|---|---|---|---|
| Current Index Rate | 0.44490% | New Index Rate | 0.36850% |
| Current Interest Rate | 2.75000% | New Interest Rate | 2.62500% |
| Current Payment | $   411.95 | New Payment | $   393.22 |

The index used to establish the new interest rate is the 6 month LIBOR as made available as of the first business day of the month immediately preceding the interest rate Change Date.

The new interest rate was determined by adding the index value of  0.36850% plus the margin of   2.25000%, and then rounding to the nearest .125% (subject to the interest rate cap limitations as specified in your Adjustable Rate Note).

The interest rate at the first Change Date may not increase more than   5.00000% or decrease more than   4.25000% from the original interest rate of   6.50000%. Thereafter the interest rate will never be increased or decreased on any subsequent Change Date by more than   1.00000% per adjustment. The next date the interest rate on the loan is scheduled to change is 05/01/14.

Effective 12/01/13, your new principal and/or interest payment will be $     393.22. Your total payment, with impounds if applicable, will be $       2574.65; however, this figure may change further for escrowed loans due to future escrow analyses.

If you have any questions concerning this notice, please contact our Customer Service Department at 800.561.4567, Monday through Friday, 6:00 AM to 6:00 PM, Pacific Standard Time.